COOLEY LLP
HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
REUBEN H. CHEN (228725) (rchen@cooley.com)
ALEXANDRA DUNWORTH LEEPER (307310)
(aleeper@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:     +1 650 843 5000
Facsimile:     +1 650 849 7400

Attorneys for Defendant
Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOVSYS LLC,<br><br>              Plaintiff,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>              Defendant. | Case No. 5:23-cv-04549-VKD<br><br>**DEFENDANT UBER TECHNOLOGIES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>DEMAND FOR JURY TRIAL |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Uber Technologies, Inc. ("Uber"), through its undersigned counsel, states the follows:

Uber is a publicly held corporation with no parent company. Based solely on filings with the SEC regarding beneficial ownership of the stock of Uber, Uber is unaware of any shareholder who beneficially owns more than ten percent (10%) of its outstanding stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  September 26, 2023

By: /s/ Heidi L. Keefe
Heidi L. Keefe
(hkeefe@cooley.com)
Reuben H. Chen
(rchen@cooley.com)
Alexandra Dunworth Leeper
(aleeper@cooley.com)
COOLEY LLP
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone: +1 650 843 5000
Facsimile:  +1 650 849 7400

*Attorneys for Defendant*
*Uber Technologies, Inc.*

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

DEFENDANT RULE 7.1 CORPORATE
DISCLOSURE STATEMENT
CASE NO. 5:23-CV-04549-VKD