| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE (178960) (hkeefe@cooley.com)<br>REUBEN H. CHEN (228725) (rchen@cooley.com)<br>ALEXANDRA DUNWORTH LEEPER (307310)<br>(aleeper@cooley.com)<br>ANGELA R. MADRIGAL (346530)<br>(amadrigal@cooley.com)<br>3175 Hanover Street<br>Palo Alto, California 94304-1130<br>Telephone:   +1 650 843 5000<br>Facsimile:   +1 650 849 7400<br><br>COOLEY LLP<br>ADAM PIVOVAR (CA Bar No. 246507)<br>(apivovar@cooley.com)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004<br>Telephone: +1 650 843 5000<br>Facsimile: +1 650 849 7400<br><br>Attorneys for Defendant<br>Uber Technologies, Inc. | SANDEEP SETH<br>(CA State Bar No. 195914)<br>Email: ss@sethlaw.com<br>SETHLAW, PLLC<br>Pennzoil Place<br>700 Milam Street, Suite 1300<br>Houston, Texas 77002<br>Tel: (713) 244-5017<br>Fax: (713) 244-5018<br><br>STANLEY H. THOMPSON, JR.<br>(CA State Bar No. 198825)<br>E-mail: stan@thompsontechlaw.com<br>THOMPSON TECHNOLOGY LAW<br>655 N. Central Ave., 17th Floor<br>Glendale, CA 91203<br>Tel: (323) 409-9066<br><br>Attorneys for Plaintiff<br>Enovsys LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOVSYS LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>       Defendant. | Case No. 5:23-cv-04549-EJD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Enovsys LLC ("Enovsys" or "Plaintiff") and Defendant Uber Technologies, Inc. ("Uber" or "Defendant"), by and through their respective counsel, stipulate as follows:

On September 5, 2023, Plaintiff filed a Complaint (Dkt. No. 1) against Uber in this Court;

Plaintiff has served the Complaint on Defendant;

Plaintiff agrees to extend Defendant's time to respond to the Complaint to October 25, 2023;

The parties have not sought any previous extensions of this deadline; and

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT
5:23-CV-04549-EJD

This extension will not alter the date of any event or deadline previously fixed by this Court;

NOW THEREFORE, Plaintiff and Defendant hereby stipulate that Defendant's time to respond to the Complaint is extended to and including October 25, 2023.

Dated: October 10, 2023

By: /s/ Reuben H. Chen
Heidi L. Keefe
(hkeefe@cooley.com)
Reuben H. Chen
(rchen@cooley.com)
Alexandra Dunworth Leeper
(aleeper@cooley.com)
Angela R. Madrigal
(amadrigal@cooley.com)
COOLEY LLP
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400

ADAM PIVOVAR (CA Bar No. 246507)
(apivovar@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400

*Attorneys for Defendant*
*Uber Technologies, Inc.*

Dated: October 10, 2023

By: /s/ Sandeep Seth
Sandeep Seth (CA State Bar No. 195914)
Email: ss@sethlaw.com
SETHLAW, PLLC
Pennzoil Place
700 Milam Street, Suite 1300
Houston, Texas 77002
Tel: (713) 244-5017
Fax: (713) 244-5018

Stanley H. Thompson, Jr. (CA State Bar No. 198825)
E-mail: stan@thompsontechlaw.com
THOMPSON TECHNOLOGY LAW
655 N. Central Ave., 17th Floor
Glendale, CA 91203
Tel: (323) 409-9066

*Attorneys for Plaintiff*
*Enovsys LLC*

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT
5:23-CV-04549-EJD

**FILER'S ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated: October 10, 2023           /s/ Reuben H. Chen

Cooley LLP
Attorneys at Law
Palo Alto

3

STIPULATION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT
5:23-CV-04549-EJD