UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENOVSYS LLC, | Case No.  23-cv-05157-RFL |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| LYFT, INC., | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c) and Patent Local Rule 2-1(a)(1), the above-entitled case is REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to *Enovsys LLC v. Uber Technologies, Inc.*, 5:23-cv-04549-EJD.

**IT IS SO ORDERED.**

Dated: December 4, 2023

_____
RITA F. LIN
United States District Judge