UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ENOVSYS LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>            Defendant. | Case No. 5:23-cv-04549-EJD<br><br>**[PROPOSED] ORDER DENYING SECOND MOTION FOR LEAVE TO FILE A MOTION FOR PARTIAL RECONSIDERATION OF THE COURT'S JUNE 17, 2024 ORDER (DKT. 64) DISMISSING ITS ORIGINAL COMPLAINT** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

ORDER DENYING 2ND MOTION FOR
RECONSIDERATION
5:23-CV-04549-EJD

Having considered Enovsys' Second Notice of Motion and Motion for Leave to File a Motion for Partial Reconsideration of the Court's June 17, 2024 Order (Dkt. 64) Dismissing its Original Complaint, the papers in support and opposition, arguments of counsel, and all other matters before and presented to the Court and good cause appearing;

IT IS HEREBY ORDERED THAT:

Enovsys' Second Motion for Leave to File a Motion for Partial Reconsideration of the Court's June 17, 2024 Order is DENIED.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Edward J. Davila
United States District Court Judge